## Electrical Switchgear Union *v.* I-T-E Circuit Breaker Co., Appellant.

Argued November 20, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert M. Landis,* for appellant.

*Kenneth L. Stein,* for appellee.

OPINION PER CURIAM, April 20, 1965:
Order affirmed.